IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00280 |
| | ) | CHIEF JUDGE HAYNES |
| ROGER DONALD HUMPHREY | ) | |

MOTION TO STRIKE MOTION TO REOPEN DETENTION HEARING

The defendant, Roger Donald Humphrey, through undersigned counsel, moves to strike the motion to reopen detection hearing filed at Docket Entry 77.

*[handwritten notation: "Th motion GRANTED. ... 11-27-12"]*

Respectfully submitted,

s/ Mariah A. Wooten
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
E-mail: mariah_wooten@fd.org

s/ R. David Baker
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorneys for Roger Donald Humphrey

CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I electronically filed the foregoing Motion to Strike Motion to Reopen Detention Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: S. Carran Daughtrey, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

/s/ Mariah A. Wooten
Mariah A. Wooten