# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA, )
                                   )

      Plaintiff, )      No. 3:10-00280
                                  )      Chief Judge Haynes

v. )

ROGER DONALD HUMPHREY, )

      Defendant. )

## O R D E R

A status conference is set in this action for **Monday, August 5, 2013 at 2:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the _24th_ day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court