IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:10-cr-00280 |
| | ) | Chief Judge Haynes |
| ROGER DONALD HUMPHREY | ) | |

### ORDER

The sentencing hearing is reset in this action for **Wednesday, January 23, 2014 at 10:00 a.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 16th day of January, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court