IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:10-CR-00280 |
| v. | CHIEF JUDGE HAYNES |
| ROGER DONALD HUMPHREY | |

## ORDER

This matter came to be heard on the 9th day of September 2014, before the Honorable Chief Judge William Haynes, on a Petition for Warrant for Offender Under Supervision (DE 130). Knowing he had a right to a hearing on the petition, Mr. Humphrey waived a hearing and conceded that he had disobeyed the terms of his probation as alleged in violation number 1.

The Court finds that Mr. Humphrey has violated the terms of his probation. The Court hereby sentences him to time served and terminates him from probation.

IT IS SO ORDERED.

Signed this __12th__ day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE