IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:10-CR-00280 |
| v. | CHIEF JUDGE HAYNES |
| ROGER DONALD HUMPHREY | |

## ORDER DIRECTING UNITED STATES MARSHAL SERVICE TO FURNISH MR. HUMPHREY WITH SUBSISTENCE AND TRANSPORTATION TO PORT HURON, MICHIGAN

The Court has determined that the defendant Roger Donald Humphrey is without sufficient funds and identification to provide for his transportation to return to Port Huron, Michigan. The interests of justice require and the United States Marshal is directed to furnish Mr. Humphrey with transportation and subsistence to return to Port Huron, Michigan.

IT IS SO ORDERED.

Signed this _12th_ day of September, 2014, *nunc pro tunc September 9, 2014.*

_____
UNITED STATES DISTRICT JUDGE